JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaime Coronado | CASE NUMBER |
| | 5:09-cv-00737-DEW (FFMx) |
| PLAINTIFF(S) | |
| v. | |
| United Parcel Service Inc., et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable Donald E. Walter ,
District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

take nothing; that the  action be dismissed on the  merits.

Clerk, U. S. District Court

Dated: January 26, 2011

By Chris Silva
Deputy Clerk

At: Los Angeles

cc:     Counsel of record

CV-44 (11/96)                      **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**